DocuSign Envelope ID: 8F6719C4-506C-4882-BE6D-52D4F652B602

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRIAN FISCHLER, Individually and on
behalf of all other persons similarly situated,

                              Plaintiff,

   -against-

PETCARERX, INC.,

                         Defendant.

Index No.: 1:19-cv-00659-SJ-SMG

------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss

this action with prejudice, resolving all matters in dispute having been made and each party to

bear its own fees and costs.

Dated: April 12, 2019   2019
         New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Tel: (212) 392-4772
doug@lispkylowe.com
*Attorneys for Plaintiff*

SO ORDERED:

Dated: New York, New York

_____, 2019

Dated: 4/17   2019
         Melville, New York

_____
Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
631.247.0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED
On this ___16___ day of ___JULY___ ___2019___

s/ Sterling Johnson Jr.
United States District Judge

4849-6378-4852, v. 1

12